1  SANG J PARK (CA SBN 232956)
   *sang@park-lawyers.com*
2  PARK APC
   5670 Wilshire Boulevard, Suite 1800
3  Los Angeles, California 90036
   Telephone:   310.627.2964
4  Facsimile:   310.362.8279

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHELLE RIZVANOVIC, individually, and on behalf of all others similarly situated, | Case No. 1:21−CV−01278−BAK (SKO) |
|---|---|
| Plaintiff, | **ORDER GRANTING PARTIES' JOINT STIPULATION VACATING CLASS CERTIFICATION RELATED DATES AND BRIEFING SCHEDULE** |
| v. | |
| UNITED PARCEL SERVICE, INC., an Ohio Corporation; and DOES 1 to 10, | **(Doc. 27)** |
| Defendants. | |

Having considered the parties' Joint Stipulation Vacating Class Certification Related Dates and Briefing Schedule (Doc. 27), and for good cause shown,

IT IS HEREBY ORDERED that:

1. The Class Certification Motion deadlines set forth in the Scheduling Order (Doc. 13), including the hearing on Plaintiff's anticipated motion for class certification, currently scheduled for January 23, 2023, are VACATED; and

2. A status conference to reset a briefing schedule for, and hearing on, the motion for class certification is SET for October 18, 2022, at 9:30 a.m. before the assigned magistrate judge. The parties shall file a joint scheduling report proposing dates relating to the class certification motion by no later than seven days before the conference.

IT IS SO ORDERED.

Dated:  **August 15, 2022**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE