TRITIA M. MURATA (CA SBN 234344)
TMurata@mofo.com
MAYA HAREL (CA SBN 291990)
MHarel@mofo.com
MONICA A. RODRIGUEZ (CA SBN 299026)
MRodriguez@mofo.com
LAUREN R. LEIBOVITCH (CA SBN 323230)
LLeibovitch@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone:    213.892.5200
Facsimile:    213.892.5454

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RIZVANOVIC, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; and DOES 1 to 10,<br><br>Defendants. | Case No. 1:21-cv-01278-CDB<br><br>**DEFENDANT UNITED PARCEL SERVICE, INC.'S STATUS REPORT REGARDING STATUS OF ARBITRATION PROCEEDINGS**<br><br>CLASS ACTION<br><br>Date Action Filed:  July 14, 2021<br>Trial Date:  Not Yet Set |

Pursuant to the Court's January 20, 2023 Order Granting in Part Motion to Compel Arbitration of Plaintiff's Individual Claims and to Dismiss Plaintiff's Class Claims [Document 36], Defendant United Parcel Service, Inc., an Ohio corporation (UPS) hereby submits this Status Report informing the Court of the status of the arbitration proceedings.

Plaintiff's individual arbitration is pending before Deborah Rothman, Esq. with American Arbitration Association (AAA).  On October 9, 2023, the arbitrator heard oral argument on

1  Plaintiff's motion challenging the arbitrability of her individual claims.  The parties are awaiting
2  the arbitrator's decision.

4  Dated: October 10, 2023    MORRISON & FOERSTER LLP

           By: /s/ Tritia M. Murata
                  Tritia M. Murata

           Attorneys for Defendant
           UNITED PARCEL SERVICE, INC.

DEFENDANT UPS'S STATUS REPORT
REGARDING STATUS OF ARBITRATION      2
PROCEEDINGS
sf-5649324