UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE RIZVANOVIC, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>Defendants. | Case No. 1:21-cv-01278-CDB<br><br>ORDER REQUIRING THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE JOINT STATUS REPORTS<br><br>(Doc. 36)<br><br>**TWO DAY DEADLINE** |

On January 20, 2023, this Court granted in part the motion of United Parcel Service, Inc. ("UPS") to compel Plaintiff Michelle Rizvanovic to arbitrate her claims and to stay the action. (Doc. 36). In its order, the Court directed the parties to file a "joint status report" every 90 days updating the Court on the status of the action. *Id.* at 14.

To date, the parties have failed to file a single joint status report. Instead, on July 7, 2023, the parties filed individual reports. (Docs. 39, 40). Approximately 90 days later, they again filed individual reports. (Docs. 41, 42). On January 3 and April 2, 2024, UPS filed status reports without contribution by Plaintiff (Docs. 43, 44) and Plaintiff made no separate filings addressing the status of the case.

It should go without saying that a "joint" status report requires meet/confer efforts among the parties and a single filing executed by both parties. The Court takes this opportunity to clarify

its intent and expectation that the parties comply with the Court's order by filing a single, jointly executed status report every 90 days.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions … within the inherent power of the Court."  Further, the Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  *Bautista v. Los Angeles County*, 216 F.3d 837, 841 (9th Cir. 2000).

Based on the foregoing, IT IS HEREBY ORDERED that **within two (2) days of entry of this Order**, the parties shall show cause in writing why they should not be sanctioned for failing to timely comply with the Court's order to file periodic, 90-day joint status reports.  In the alternative, the parties may comply with this Order by filing the required April 2024 joint status report by that same deadline.

**Failure to timely comply with this Order will result in the imposition of sanctions, up to and including financial sanctions and dismissal of the action**.  **Further, any future failures by the parties to timely file a joint (*e.g.*, a single, jointly executed) status report in compliance with the Court's order (Doc. 36) will result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated:   **April 4, 2024**                                      _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

2